UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00039

**Ronnie Gordon,**
*Plaintiff,*
v.
**Smith County Jail et al.,**
*Defendants.*

# ORDER

On January 27, 2020, plaintiff Ronnie Gordon filed this civil rights lawsuit against defendants Smith County Jail, Joshua E Hill, and Lakeisha Fields. Doc. 1. His case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Doc. 4.

On March 3, 2021, the magistrate judge issued a report recommending that plaintiff's suit be dismissed with prejudice until the preconditions to a civil rights lawsuit—described by the Supreme Court in *Heck v. Humphrey*, 512 U.S. 477 (1994)—are met. Doc. 7. A copy of this report was sent to plaintiff with an acknowledgment card.

On April 7, 2021, defendant filed a motion for an extension of his time to object to the report. Doc. 9. The magistrate judge granted this request, extending the plaintiff's deadline to May 10, 2021. Doc. 10. To date, however, no objections have been filed.

When no party objects to a magistrate judge's report, it is reviewed only for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Finding no clear error in the report, the court accepts the report and recommendation. Plaintiff's case is dismissed with prejudice until the *Heck* conditions are met.

*So ordered by the court on May 14, 2021.*

_____
J. C<small>AMPBELL</small> B<small>ARKER</small>
United States District Judge